IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 OCT 5 PM 2:28

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO
42 U.S.C. § 1983*

__Jorge Pérez Colón__
Full name of plaintiff
*Nombre completo del demandante*

23-cv-1503 PAD

v.

__Physician Correctional INC Y Departamento de correccion de Puert Rico. Y Otros__

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I. Previous lawsuits.
   *Pleitos radicados anteriormente.*

   A. Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

   (X) Yes *(Sí)*            ( ) No

   B. If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                                      -1-

① Jorge Pérez Colón v.s. Phyisicion correctional Y otros sobre: Volacion a derechos Civiles.

1.(B)

② Jorge Pérez Colón, vs. PhYisicion correccional IN,c. Y Departamento de correccion y Los mienbr de la Junta directores Y compaña X.Y.y.z. Sobre: Daños Y Preduicios Angustias Mentales Negligencia Y Daños. Num caso BY2023cv00448 Dismissed, desestimacion, en Bayamon Sala superior (salo 503) Resolucion el, 9 de junio de 2023. Jueza: Maria Elena Pérez Ortiz.

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*  Jorge Pérez Colón

   Defendant(s)
   *Demandado(s)*  Phisicion Correctional INC. Y Otros.

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   Ponce. Superior.

3. Docket number.
   *Número asignado.*  PO2022CV02937

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   Pedro O. Vidal Rios. Juez superior.

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   Dismissed, desestimación

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   Octubre O Noviembre 2022.

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _17 de Abril de 2023_

II. Place of confinement.
   *Lugar actual de reclusión.* _Bayamón 501_

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (X) Yes *(Sí)*          ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (X) Yes *(Sí)*          ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         _he Hablado con los medicos y he llenado Remedios Administivos_

      2. What was the result?
         *¿Cuál fue el resultado?*

         _mas de lo mismo Nada pasado nada se sigen pasando la vola de un lado y para el otro._

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      _____
      _____

42:1983                                    -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

( )   Yes *(Sí)*                    ( )   No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

_____

_____

2. What was the result?
*¿Cuál fue el resultado?*

_____

_____

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
Nombre del demandante   __Jorge Pérez Colón__

Address
Dirección   __Institucion Bayamón__
__unidad, 501, 2-F, 214__
__50, carr #5 I.N.D. Luchetti__
__Bayamon PR. 00961-7403__

42:1983                                              -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B.  Defendant
    *Demandado*

    is employed as
    *está empleado como*

    at
    *en*

_Phyisicion Correctional Y Departamento de correccion Y Dr. Victor Arocho Martinez._
_Proverdores de atencion Medica Primarias._

_Departamento de Correccion Y Rehabilitacion Puerto Rico._
_Bayamón 501_

IV. Statement of Claim.
    *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

① Daños Prejuicio Angustias Mentales y Negligencia, a manos de los demandados, (3) años y (6) meses sin siguimentos ni Tratamientos para mi condiciones. ② Y el Dr. Victor Arocho Martinez, Negligente., se me han negado atencio Medica de espesciolistas para mi condiciones. De parte de los demandado's.

42:1983                    -5-

V. Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

Le estoy pidiendo al Honorable Tribunal muy respetuosamente que Physicion correctional INB. y el Departamento de correccion de Puerto Rico Y otros sea demadado Por los daños mencionados anteriomente par la suma de dies millones de dorales $10,000,000.ºº.

Y que el Dr. Victor Arocho Martinez, sea demandado por su negligencia, por la suma de dos millones de dorales $2,000,000.ºº

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __28__ day of __septiembre__ of __2023__.
           (día)              (mes)                (año)

_Jorge Perez Colon_
Plaintiff's signature
*Firma del demandante*

42:1983                                -6-